IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 1:19 CR 407 |
| MISAEL ROMAN LAUREANO, ) ) | Title 8, United States Code, Section 1326 |
| Defendant. ) | JUDGE NUGENT |

FILED
2019 JUL -2 PM 12: 29

COUNT 1
(Illegal Reentry, in violation of 8 U.S.C. § 1326)

The Grand Jury charges:

1.  Defendant MISAEL ROMAN LAUREANO is an alien and citizen of Mexico, who was last removed from the United States on or about July 21, 2016.

2.  On or about June 15, 2019, Defendant was found in the United States in the Northern District of Ohio, Eastern Division, and not having previously obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202 (3), (4) and (557)), to apply for readmission into the United States, in violation of Title 8, United States Code, Section 1326.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.